UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL AROLDO WILLIAMS,

              Petitioner,

      v.

S. PEERY, Warden,

              Respondent.

Case No. 16-cv-02297-HSG (PR)

**JUDGMENT**

The Court has dismissed the instant petition for a writ of habeas corpus without prejudice for failure to exhaust.  The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/22/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California